HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAY F. MOLAND CHANDLER,

    Plaintiff,

    v.

DEPARTMENT OF VETERAN AFFAIRS,

    Defendant.

Case No. C08-5095RBL

ORDER

THIS MATTER is before the Court on Plaintiff's Amended Complaint [Dkt. #7]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On or about February 19, 2008 plaintiff filed an application to proceed *in forma pauperis* and a proposed complaint. On March 5, 2008 this Court entered an Order granting plaintiff's application to proceed *in forma pauperis* and because it was unclear what relief plaintiff was seeking directed her to file an amended complaint. Plaintiff has filed her proposed amended complaint which consists of a declaration and 260 pages of attachments. Although the proposed amended complaint does not comport with Fed. R. Civ. P. 8(a), it is clear that plaintiff is appealing the Department of Veteran's Affairs decision denying her certain benefits. While the Court is sympathetic to Ms. Chandler's situation, this Court does not have jurisdiction over the

1  Department's decisions regarding benefits. 38 U.S.C. §511(a). Therefore plaintiff's case is **DISMISSED** and
2  plaintiff's request to have the Marshal serve her complaint [Dkt. #6] is **DENIED as MOOT**.
3  **IT IS SO ORDERED.**
4  Dated this 15th day of April, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE