AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

KAY F. MOLAND CHANDLER,

v.

DEPARTMENT OF VETERAN AFFAIRS,          CASE NUMBER:   C08-5095RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This Court does not have jurisdiction over the Department of Veteran Affairs decisions regarding benefits.  38 U.S.C. §511(a).

Plaintiff's case is DISMISSED and Plaintiff's request to have the Marshal serve her complaint is DENIED as MOOT.

DATED :    4/17/2008

                                                    BRUCE  RIFKIN
                                                  *Clerk*

                                                   /s/   Jean Boring
                                                  *(By) Deputy Clerk*, Jean Boring